UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**BANTA CORPORATION**, a Wisconsin corporation,

        Plaintiff,

v.                                                                               Civil File No. 04-1022MJD/JGL

**GRAPHIC COMMUNICATIONS**                     Hon. Michael J. Davis
**INTERNATIONAL UNION UPPER**                  Magistrate Judge Jonathan G. Lebedoff
**MIDWEST LOCAL 1-M HEALTH AND**
**WELFARE FUND**, **GEORGE OSGOOD**,
**ROBERT DEAN STANTON, ROBERT L.**
**MESSERSMITH, CHUCK LONG,**
**HELEN WAINWRIGHT, AND**
**DAVID RADZIEJ,**

        Defendants.

---

**ORDER**

---

Based upon the foregoing Stipulation Regarding Briefing Of Cross Motions For Summary Judgment,

IT IS HEREBY ORDERED:

Plaintiff and Defendants (collectively) may each utilize up to 16,000 words in their briefing in support of their respective motions for summary judgment and in opposition to their adversary's motion, as indicated in the foregoing Stipulation.

Dated: August 19, 2005.

                              BY THE COURT:

                              s/ Michael J. Davis
                              Michael J. Davis
                              United States District Judge